4 So.2d 190

## Joe CRUMP v. STATE.

### 8 Div. 138.

Supreme Court of Alabama.

Oct. 9, 1941.

Thos. S. Lawson, Atty. Gen., and John W. Vardaman, Asst. Atty. Gen., for petitioner.

Fred S. Parnell, of Florence, opposed.

FOSTER, Justice.

Petitioner of the State of Alabama, by its Attorney General, for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case of Crump v. State, 4 So.2d 188.

Wherein a judgment of conviction of forgery was reversed.

Writ denied.

GARDNER, C. J., and THOMAS and BROWN, JJ., concur.